Certificate Number: 14912-CAC-DE-039210745

Bankruptcy Case Number: 24-16440



14912-CAC-DE-039210745

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 5, 2025, at 5:00 o'clock PM EST, Edward Jensen completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  January 5, 2025               By:    /s/Jai Bhatt

                                     Name:  Jai Bhatt

                                     Title: Counselor